**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| ELI LILLY AND COMPANY )  | |
|           Plaintiff(s),  ) | |
| ) | |
| vs.  ) | CASE NO. 1:24−cv−01503−TWP−KMB |
| ) | |
| XAVIER BECERRA, et al.  ) | |
|           Defendant(s)  ) | |

**NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

     Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

     Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: <u>August 14, 2025</u>             <u>s/ David Moxley</u>
                                                              Court Reporter

**Certificate of Service**

     I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

                                                              <u>s/ David Moxley</u>
                                                              Court Reporter