# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br>　　　　*Plaintiff*,<br>　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity, *et al.*,<br>　　　　*Defendants.* | Case No. 1:24-cv-01503-TWP-KMB |

## SCHEDULING ORDER

Upon consideration of Defendants' unopposed motion for stay (ECF No. 50), and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that:

1. The October 24, 2025 due date set in the Order Requesting Position Statements (ECF No. 49; issued October 3, 2025) is STAYED due to the federal government shutdown; and

2. The due date for the parties' statements of position is hereby EXTENDED commensurate with the duration of the lapse in appropriations, beginning with and including October 3, 2025. *E.g.*, if appropriations resume Friday, Oct. 10, the due date will be extended 8 days from October 24 to November 1, 2025. (Because that date is a Saturday, the parties' due date would then further roll over to the next business day, Monday, November 3, under Fed. R. Civ. P. 6(a)(1)(C).)

SO ORDERED.

Date: 10/10/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.