**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:24-cv-01503-TWP-KMB |
| | ) |
| ROBERT KENNEDY, JR. in his official capacity, | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, | ) |
| MARTIN MAKARY in his official capacity, | ) |
| FOOD AND DRUG ADMINISTRATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER REQUESTING POSITION STATEMENTS**

On September 30, 2025, the Court entered summary judgment in favor of Defendants Robert Kennedy, Jr., U.S. Department of Health and Human Services, Martin Makary, and Food and Drug Administration on the claim that FDA's refusal to designate retatrutide as a protein, and hence as a biological product, violated the agency's own regulations (Lilly's "Second Claim for Relief") (*see* Filing No. 1 at 26–27).  The Court entered summary judgment in favor of Plaintiff Eli Lilly and Company on the claim that FDA's justifications for failing to designate retatrutide as an "analogous product" were arbitrary and capricious (Lilly's "Third Claim for Relief") (*see* Filing No. 1 at 27).  Accordingly, the Court set aside FDA's "analogous product" determination and remanded that decision to the agency for further consideration.

On October 3, 2025, the Court ordered parties to submit their position statements on how the Court should proceed with respect to the unresolved claim that FDA's refusal to designate retatrutide as a biological product exceeds the agency's statutory authority (Lilly's "First Claim for Relief") (*see* Filing No. 1 at 26) by no later than Friday, October 24, 2025. However, on October

9, 2025, Defendants filed an Unopposed Motion to Stay due to the government shutdown, which was granted by the Court on October 10, 2025. (Filing No. 50, Filing No. 51).

The Court orders that the stay in this case is lifted. Parties are ordered to submit position statements on or before **December 15, 2025**.

**IT IS SO ORDERED.**

Date:   11/24/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jayna Morse Cacioppo
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jcacioppo@taftlaw.com

Daniel Kadane Crane-Hirsch
U.S. JUSTICE DEPT.
daniel.crane-hirsch@usdoj.gov

Jeffrey L. Handwerker
Arnold & Porter LLP
jeffrey.handwerker@arnoldporter.com

Allon Kedem
Arnold & Porter Kaye Scholer LLP
Allon.Kedem@arnoldporter.com

Donald Eugene Morgan
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
dmorgan@taftlaw.com

Daniel Reuben Yablon
Arnold & Porter Kaye Scholer LLP
daniel.yablon@arnoldporter.com