# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ELI LILLY AND COMPANY,<br><br>         *Plaintiff*,<br><br>   v.<br><br>ROBERT F. KENNEDY JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>MARTIN MAKARY, in his official capacity, and FOOD AND DRUG ADMINISTRATION,<br><br>         *Defendants*. | Case No. 24-cv-1503-TWP-KMB |

## ORDER AND FINAL JUDGMENT

The Court, having made its Entry directing the entry of final judgment, now enters **FINAL JUDGMENT**.

For the reasons explained in the Court's Amended Order on Cross-Motions for Summary Judgment (Filing No. 48), it is hereby ORDERED that Plaintiff's Motion for Summary Judgment (Filing No. 25) is **GRANTED IN PART** and **DENIED IN PART**, and that Defendants' Cross Motion for Summary Judgment (Filing No. 30) is **GRANTED IN PART** and **DENIED IN PART**.

Consistent with the Court's Amended Order on Cross-Motions for Summary Judgment, the Court hereby **VACATES** the agency's designation decision and **REMANDS** to the agency for further proceedings on Plaintiff's "analogous" products claim.

This Order and Final Judgment constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.

Date: 12/16/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.