# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>MARTIN MAKARY, in his official capacity, and FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants*. | Case No. 1:24-cv-1503-TWP-KMB |

## PLAINTIFF ELI LILLY AND COMPANY'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), notice is hereby given that Plaintiff Eli Lilly and Company appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order and final judgment dated December 17, 2025, as well as from all interlocutory and preceding orders subsumed in the final judgment. Pursuant to Seventh Circuit Rule 3(c), Lilly's docketing statement is being simultaneously filed.

Dated: February 12, 2026

Respectfully submitted,

*Jayna M. Cacioppo*
Jayna M. Cacioppo, Attorney No. 25514-49
Donald Morgan, Attorney No. 30776-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

        Ph. No. (317) 713-3500
        Fax No. (317) 713-3699
        jcacioppo@taftlaw.com
        dmorgan@taftlaw.com

        Allon Kedem* (pro hac vice)
        Jeffrey L. Handwerker (pro hac vice)
        Daniel Yablon (pro hac vice)
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave., NW
        Washington, DC 20001-3743
        Tel: (202) 942-5000
        allon.kedem@arnoldporter.com
        jeffrey.handwerker@arnoldporter.com
        daniel.yablon@arnoldporter.com

        *Counsel for Plaintiff Eli Lilly and Company*

        * Allon Kedem will serve as counsel of record in the Court of Appeals

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, the foregoing *Plaintiff Eli Lilly and Company's Notice of Appeal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              *Jayna M. Cacioppo*
                                              Jayna M. Cacioppo

Case 1:24-cv-01503-TWP-KMB   Document 55   Filed 02/12/26   Page 3 of 3 PageID #: 1005